Decision Per Curiam.

The Ellsworth Trust Company, a corporation under the laws of Iowa, Appellant vs. George W. Kierulff, Appellee.

Appeal from Circuit Court, Osceola county; John D. Broome, Judge.

*Arthur F. Odlin,* for Appellant.

*G. A. Hanson,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Dismissed for failure to file abstracts of record.

Decision Per Curiam.